UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 15CV1957

Ernesto Delgado

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

New York City Department Of
Correction
Captain Baily 3pm to 11pm all tours
Captain Sheldon 11pm 7am tour
Officer Jackson 3pm-11am tour
Correctional Officer Anderson 11am-
7am tour on all these days
Warden moses, Warden of
manhattan Detention Complex
Captain Saquez 7am to 3pm on All days

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all the defendants in the space provided, please write "see attached" in the space above and. attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑Yes  ☐ No
_(check one)_

2015 MAR 12 A 10:38 RECEIVED SDNY PRO SE OFFICE

**I.     Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff      Name _Ernesto Delgado_
ID # _2411208245 NYSID: 08880844_
Current Institution _Man hattan Detention Complex_
Address _125 White street 5west 15 Lowwer_
_New York, N.Y., 10013_

B.     List all defendants' names, positions, places of employment, and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1      Name _Captain Baily_                    Shield # _____
Where Currently Employed _D.O.C. / Man hattan Detention._
Address _125 White street_
_New York, N.y, 10013_

Defendant No. 2     Name _Captain Sheldon_ _____ Shield #_____
                    Where Currently Employed _D.O.C./ Manhattan Detention Complx_
                    Address _125 White Street_
                    _New York, N.Y., 10013_

Defendant No. 3     Name _Officer Jackson_ _____ Shield #_____
                    Where Currently Employed _D.O.C/ manhattan Detention Complex_
                    Address _125 White Street_
                    _New York, N.Y., 10013_

Defendant No. 4     Name _Correctional Officer Anderson_ Shield #_____
                    Where Currently Employed _D.O.C./ manhattan Detention Complex_
                    Address _125 White street_
                    _New York, NY, 10013_

Defendant No. 5     Name _____ Shield #_____
                    Where Currently Employed _____
                    Address _____

## II.     Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.     In what institution did the events giving rise to your claim(s) occur?
_Manhattan Detention Complex_
_125 White Street New York, N.Y. 10013_

B.     Where in the institution did the events giving rise to your claim(s) occur?
_6 North Housing unit_

C.     What date and approximate time did the events giving rise to your claim(s) occur?
_1/17/15 @ 12:50 pm to 12:50 pm_
_1/18/15 24 hrs_
_1/19/15 24 hrs._

D. **Facts:**

| | |
|---|---|
| **What happened to you?** | After my visit with my father I arrived @ my Housing @ approximately 12:50 pm on the 1/17/15 I and everyone one else was told to Lock in Later that day we was told it had been a (TSO). |
| **Who did what?** | Captain Baily Denied us Hygine products like toilet paper Captain Sheldon falsified paper work Officer Jackson did not afford us Breakfast Officer Anderson pushed out the food wagon |
| **Was anyone else involved?** | Victor apont Ernesto Delgado Ramel bond Ronald Gonzalez |
| **Who else saw what happened?** | everyone else in the Housing unit |

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Cruel and unusal Punishment, Deprivation of Constitutional garantee rights Hygine Products No Showering malnutrition mental distress mental anguish pain & Suffering Insecurity of my inprisonment, the Use of telephone

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Manhattan Detention Complex 6 north 2 upper

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ___✓___    No _____    Do Not Know ____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____    No ___✓___    Do Not Know ____

If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___✓___    No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____    No ____

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?

Manhattan Detention Complex 6 West 16 Lower

1.    Which claim(s) in this complaint did you grieve? all See Exhibit B.

_____

2.    What was the result, if any? _____

_____

3.    What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. Department of investigation Center for Constitutional rights Board of Correction Prisoner's Right Project

_____

_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _____

_____ N/A _____

_____

_____

2.    If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

**Note:**    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V.    Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). *See Exhibit B*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**VI.    Previous lawsuits:**

| On these claims |
|---|

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No __✔__

*Rev. 05/2010*

5

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _Ernesto Delgado_

Defendants _Brooklyn Detention Complex_

2.    Court (if federal court, name the district; if state court, name the county) _Brooklyn_

3.    Docket or Index number _____—_____

4.    Name of Judge assigned to your case ____—____

5.    Approximate date of filing lawsuit _2/3/15_

6.    Is the case still pending?  Yes _✓_  No ____

If NO, give the approximate date of disposition _____

7.    What was the result of the case?  (For example:  Was the case dismissed?  Was there judgment in   your   favor?  Was   the   case   appealed?) _____

_____

_____

<table>
<tr><td>On other claims</td></tr>
</table>

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?  Yes _✓_  No ____

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _Ernesto Delgado_

Defendants _Manhattan Detention Complex_

2.    Court (if federal court, name the district; if state court, name the county) _New York_

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _12/03/15_

6.    Is the case still pending?  Yes _✓_  No ____

If NO, give the approximate date of disposition _____

7.    What was the result of the case?  (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this *18th* day of *febuary*, 20*15*

Signature of Plaintiff _____

Inmate Number _____

Institution Address _____

_____

_____

_____

_____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

**CIVIL RIGHTS COMPLAINT**
**42 U.S.C. § 1983**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x

Ernesto Delgado 241120B245
Full name of plaintiff/prisoner ID#

                    Plaintiff,                     JURY DEMAND
                                                   YES ✓      NO _____

            -against-
Captain Baily, CAPtain Sheldon
Warden Moses, Officers Anderson & Jackson
Captain Jacquez
Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

                    Defendants.
-----------------------------------------------------x

I.      Previous Lawsuits:

        A.      Have you begun other lawsuits in state or federal court
                dealing with the same facts involved in this action or
                otherwise relating to your imprisonment?  Yes ( )  No ( )

        B.      If your answer to A is yes, describe each lawsuit in the space below
                (If there is more than one lawsuit, describe the additional lawsuits
                on another piece of paper, using the same outline.)

                1. Parties to this previous lawsuit:

                        Plaintiffs:     _____
                                        _____

                        Defendants:     _____
                                        _____

                2. Court (if federal court, name the district;
                        if state court, name the county)

                        _____

                3. Docket Number: _____

1

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?)

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II.    Place of Present Confinement: _Manhattan Detention Complex_

   A. Is there a prisoner grievance procedure in this institution?  Yes (✓) No ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure?  Yes (✓)  No ( )

   C. If your answer is YES,

       1. What steps did you take? _I made the Complaint waited then filed with other agency_
       _____

       2. What was the result? _____
       _____

   D. If your answer is NO, explain why not _____
   _____

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?  Yes ( )  No ( )

   F. If your answer is YES,

       1. What steps did you take? _____
       _____
       _____

       2. What was the result? _____
       _____

2

III.   Parties:

(In item A below, place your name in the first blank and place your present
address in the second blank.  Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff Ernesto Delgado

Address 125 White Street Swest 15L NY, NY, 10013

(In item B below, place the full name and address of each defendant)

B.  List all defendants' names and the addresses at which each defendant may be served.
Plaintiff must provide the address for each defendant named.

Defendant No. 1          The New York City Department
                         of Correction of the State of
                         New York;

Defendant No. 2          Captain Baily (female)
                         worked 3pm to 11pm tour

Defendant No. 3          Captain Sheldon (male)
                         worked 11pm to 7am tour

Defendant No. 4          Correction officer Jackson (male)
                         worked 3pm to 11pm tour

Defendant No. 5          Correctional officer Anderson (male)
                         Worked 11pm to 7am tour

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV.     Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need not give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

_See Exhibit B_

IV.A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required.  Was medical treatment received?

Cruel and unusal Punishment, Deprivation of Constitutional garanteed Rights, Hygen products Deprivated of Shower malnutrition mental Distress mental anguish, pain & Suffering, Insecurity of my imprisenment, the Non-use of a telephon
   No medical treatment was provided, I required mental Health treatment.

V.    Relief:

State what relief you are seeking if you prevail on your complaint.

As a compensation for the department and it's
workers provide a memo with the proper procedurs
and as well an explanetion of what's going on
within the Fccility,
    along with Seventy thousand dollars for all
that I inhabited ($ 70,000.00)

I declare under penalty of perjury that on __2|19|2015__, I delivered this
                                              (Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.

Signed this __19th__ day of __Febuary__, 20 _15_ I declare under penalty of

perjury that the foregoing is true and correct.

_____
Signature of Plaintiff
_Manhattan Detention Complex_
Name of Prison Facility
_125 White street_
_New York, NY, 10013_
_____
Address
_241-12-08245_
Prisoner ID#

Form: # 7101R, Eff.: 09/10/12, Ref.: Dir. #3376 – page 1

*Exhibit A*

## City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Ernesto Delgado | 241/208245 | 088808140 |
| Facility: | Housing Area: 5 west Incident took place @ | Date of Incident: | Date Submitted: |
| M. D. C. | 6 North | 1/17/15, 1/18/15 1/19/15 | 2/18/15 |

All grievances and requests must be submitted within ten business days after the incident occurred, unless the condition or issue is on-going. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

Request or Grievance:

*See attachment*

Action Requested by Inmate

*See attachment*

### Please read below and check the correct box:

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ Yes | ☒ No |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ Yes | ☒ No |
| Have you filed this grievance or request with a court or other agency? | ☒ Yes | ☐ No |
| Did you require the assistance of an interpreter? | ☐ Yes | ☒ No |

Inmate's Signature: _____  Date of Signature: 2/18/15

### For DOC Office Use Only
**IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.**
**IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

### FORMAL COMPLAINT/ GRIEVANCE

*Exhibit B*

TO: Grievance Office/Inspector General's Office/Prisoner's Rights
Project/Center for Constitutional Rights/Department of Investigat

From; Ernesto Delgado
date: 2/18/2015
Inmate# 241 12 08245
Related Dates 1/17/2015, 1/18/2015, 1/19/2015
Re: Cruel and unusual Punishment, Deprivation of Constitutio-
nal garanteed Rights, Deprivation of Access of Toilet paper
and other  Hygine Essentials Deprived  of food  Telephone use
Denail Access to higher authority figures like Deputy,Wardens Etc
To inform us of the situation. Causing me me mental anguish, ment-
al disstress and insecurity within the department of corrections
system.

I am hereby writing this complaint undermental duress for fear
of retaliation in the form transfers assaults or any type of
harassments.
     (1) At approximately 11:30 a.m on 1/17/2015 an alarm was
sounded due to a riot altercation that occured in the housing
unit 7 Noth housing unit 6 north along with the rest of the
other units were locked down.
     (2) It was later that the housing unit 6 north learned
thata (tso) had been called andwe would not be locking back out
of our cells until thew  next day or so.
     (3) With that knowledge a request was made for there to be
a porter to be let out for the purpose of passing out toilet
paper.
     (4) Althiought we were informed That tissue woukld be given out
shoortly. that basierequest was not met.
     (5)  At approximately 5:00 a.m. when no toilet paper had been
issued to anyone in the unit another request for toiulettissue
was made as - as well  as a request was made for a 10 min shower
these request wewe subsequently denied also.
     (6)  At approximately 10:30 a.m.  one (1) Detainee took a stand
and refuse to lock in his cell after being locked out for med-
ical reason. He stated "i will lock inm only when i get toilet
paper" and also i would like to speak to a Assist. Deputy.
     (7) Within 30 min. or so Captain Jacquez arrivesd at the unit
attempting to pursuade the detainee to lock back in His cell
because he now allegedly holding up the institutional program
then he finally lock in his cell with a promise from the captain
that we will all get tissue.
     (8)However after Captain Jacquez left the housing unit another
Capitain arrived after no tissue had been issued and made a
negative remark to the house by state this "use your sheets and
towel  wipe our behinds" that was siad by Captain baily

     (9)  Finally when the tissue was bought to us there was only
enough for 7 to 8 people and the showers were still denied.
     (10)  At 4:30 that evening the meal was delivered to the unit
however I was never asked if i want wanted to eat or not → Next page

it was just said and was denied chow when i never refused it
i asked to speak to the captain or a deputy to find out what was
going in the facility.
(11) Thier was acontinued request to be fed by this wirter which
was denied.
(12) Having no otherc chouice i was forcede to go to sleepo
hungery.
(13) Upon awaking on sunday 1/18/2015  that morning once again
i was denied to eat food by officer Anderson, Howevere at no time
did anyone come to my cell and offered me any food to eat because
the said officer pushed the food cart out the housing unit.
(14) Finally on Monday at approximately 8:53 a.m. of 1/19/2015
the unit of 6 north was taken off of this unjust lockdown, under-
which it had been a full 24 hrs that we were denied food and appr
oxmately 40 hrs. without toilet tiassue shoowering, when the majo
rity of the population had not violated and of the rules and
regulations. Yet our families were unjustly worried about us,
our legal actions hindered and no redress was never  discussed
(15) Furthermore when a request to know who had denied us our
morning meal it was revealed that captain sheldon had falsified
offical records stating that the housing unit had been afforded
the morning meal.
(16) These said deprivation to me caused this writer undue hard
ship, mental, emotional and physical anguish, mental distress
and sever shame and furthere more caused my family worries.
(17)  Furthermore, upon the release from lockdown the phone
system was changed and has been droping our phone calls to our
famliess so that we dont tell them what is going on , this drop
ing of the calls cost us 64¢ adding frustration to us and our fam
ilies so that we dont keep contact with anyone from the outside.


ACTIONS SOUGHT:
This writer would like a system in place by memo or other offical
documents with the accurate information of a (TSO) and lockdowns,
that will punish those who violate the procedures and or atleast
have an offical of correctoins department inform us of the situti
on at hand and trhe lenght oif time that we are going to be on
lockdown will be.  If the housing unit is not involed in the roit
of said disturbance that after 24 hrs. we be allowed to shower fo
10 mins. and 6 mins on the phone to call our families just to let
them know we are fine and also be given toilet tissue, and to als
have theright to refuse the meal that is suppose to be afford to
us.

Last but not least i be like to be compensated in the sum of seve
nty thousand dollars (70,000) forthe ten things about to be said
for PAIN AND SUFFERING, CRUEL AND UNUSUAL PUNISHMENT,
MENTAL ANGUISH AND MENTAL DISTRESS, POOR HYGINE AND LACK OF
HYGINE PRODUCTS, THE VIOLATION OF MY CONSTITUTIONAL
GARANTEED RIGHTS, INSECURITY OF MY INPRISONMENT, AND THE USE OF VIA
TELEPHONE WAS DENIED. ALSO OF DEPRIVTION OF MEALS...

Truely Yours

x _____

Ernesto Delgado
041120824S





U.S. POSTAGE
PAID
BROOKLYN
MAR 06 15
**$3.08**
AMOUNT
i0105498-08

1000   10007

Ernesto Delgado 24112 0824S
Manhattan Detention Complex
125 White Street West 15 Lower
New York, NY, 10013

TO: The United States District Court
500 Pearl Street
NY NY 10007

USM
SDNY
P3